UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:23-CR-041 |
| | : | |
| v. | : | |
| | : | (Judge Rambo) |
| **BACH THI BUI,** | : | |
| | : | |
| Defendant. | : | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
7 U.S.C. § 2024(b)
(Unauthorized Use of Benefits)

From in or about January 2018 through in or about August 2020, in the Middle District of Pennsylvania, the defendant,

**BACH THI BUI,**

who owned and operated Hoa Dong Market in Harrisburg, Pennsylvania, knowingly and willfully used, acquired, and possessed benefits of the U.S. Department of Agriculture's Supplemental Nutrition Assistance Program (SNAP), having a value of at least $5,000, in a manner contrary to the federal statutes and regulations governing SNAP, by providing cash in exchange for those benefits.

In violation of Title 7, United States Code, Section 2024(b).

GERARD M. KARAM
United States Attorney

_____          March 2, 2023
CARLO D. MARCHIOLI                 Date
Assistant United States Attorney